# EXHIBIT A

https://www.facebook.com/TMLClub/photos/a.441968212490432.97742.168379069849349/1223106411043271/?type=3&theater

Abigail Ratchford



The Magic Lantern
Like This Page · September 27, 2016 ·

Yup!

Like    Comment    Share

12

# Abigail Ratchford





**The Magic Lantern**
Like This Page · September 27, 2016 ·

Yup!

Like     Comment     Share

12

Write a comment...

# EXHIBIT B

6/10/2017

https://www.facebook.com/TMLClub/photos/a.441988212490432.97742.168379069849349/1047147898527268/2/?type=3&theater

(29) The Magic Lantern - Posts

1/1

## Ana Cheri



The Magic Lantern
Like This Page · January 6, 2016 ·

Yay or Nay?

39

Like          Comment          Share

Top Comments

Walter Wegiel Yay!!! But is she a dancer
????
Like · Reply ·   1 · January 6, 2016 at
9:25am

View 1 more reply

The Magic Lantern Rick Paquette
You're incorrect, Sir.
Like · Reply ·   1 · January 8, 2016
at 5:43am

Mike Russell Definitely would love to spend
time with her
Like · Reply ·   1 · January 8, 2016 at
7:53am

Paul StAmour Nice stomach. I haven't been
to the Lantern in years. I must stop by to see

https://www.facebook.com/TMLClub/photos/a.441968212490432.977442.168379068984934/1552456064775508/?type=3&theater

3/16/2018

(42) The Magic Lantern - Posts

## Ana Cheri





**The Magic Lantern**
Like This Page · July 25, 2017 ·

Try and concentrate on what you were doing.

| Like | Comment | Share |

20

1 Share

Top Comments

1 Comment

**Mike Kecki** I forgot what that was , all of a sudden I just got very hungry !!!!!
Like · Reply · 33w

1/1

https://www.facebook.com/TMLClub/photos/a.441966212490432.97742.1683790689493491/1032645480089366/?type=3&theater

8/10/2017

(29) The Magic Lantern - Posts

Ana Cheri



**The Magic Lantern**
Like This Page · December 10, 2015 ·

Come in TONIGHT and say "hello" to Thunder and Lighting!

Like    Comment    Share

16                    Top Comments

**Mike Russell** Hello thunder and hello lighting
Like · Reply · 1 · December 10, 2015 at 12:04pm

**Pamela Creek** Yup my husband would like thunder and lightning
Like · Reply · 1 · December 10, 2015 at 12:45pm

**Herman Bishop** Salt and Pepper?
Like · Reply · 1 · December 10, 2015 at 1:17pm

**Jason Gauthier** Yes please!
Like · Reply · 1 · December 10, 2015 at 1:35pm



1/1

# Ana Cheri



# EXHIBIT C

https://www.facebook.com/TML.Club/photos/a.441968212490432.97742.168379069849349/1098010753552638/?type=3&theater

6/10/2017

(29) The Magic Lantern - Posts

1/1



Arianny Celeste

What nice things would you do for her?



**The Magic Lantern**
Like This Page · March 31, 2016 ·

Like          Comment          Share

26                              Top Comments



**Marc Goncalves** I would give her 5 dollars
for a blow job

Like · Reply · March 31, 2016 at 4:54pm

**The Magic Lantern** I'm sure she'd be
so honored.

Like · Reply ·     1 · April 1, 2016 at
5:25am

**Joseph Eagles** That reminded me of a line
from Real Genius (and if you haven't seen
this movie, it's necessary - 80s geekery at its
finest)...

"No, seriously, if there's ever anything I can
do for you... or more to the point, "to" you,
just let me know."... See More

Like · Reply ·     2 · March 31, 2016 at

https://www.facebook.com/TMLClub/photos/a.441988212490432.97742.168379069849349/1265403280146918/?type=3&theater

6/10/2017

(29) The Magic Lantern - Posts

Timeline Photos



Like    Comment    Share

Options    Drill it New Photo

Arianny Celeste



**The Magic Lantern**
Like This Page · November 11, 2016 ·

We're going to have a little help on the grills tonight for our weekly STRIP & STRIP Friday. Come on down and order up your New York Strip after 5pm.

Like    Comment    Share

5    Top Comments

**Sean O'Brien** Lol. Could have maybe cleaned the grill before the photo shoot. Lol
Like · Reply · January 19 at 5:31am

# Arianny Celeste

Timeline Photos





**The Magic Lantern**
Like This Page · November 11, 2016 ·

We're going to have a little help on the grills tonight for our weekly STRIP & STRIP Friday. Come on down and order up your New York Strip after 5pm.

Like        Comment        Share

5                              Top Comments

Sean O'Brien Lol. Could have maybe cleaned the grill before the photo shoot. Lol
Like · Reply · January 19 at 5:31am

Write a comment...

Like        Comment        Share                    Options    Send in Messenger



# EXHIBIT D

# Chantel Zales





## Thoughts?



**The Magic Lantern**
Like This Page · March 2, 2016 ·

Thoughts?

Like    Comment    Share

40

Top Comments

1 share

18 Comments

**Bruce Bergeron** is there enough chlorine in that water?
Like · Reply · 1 · March 2, 2016 at 6:07am

**Richard Viarengo** Yea when has she been there ?R@llol
Like · Reply · 1 · March 2, 2016 at 9:16am

**Thomas Dowhower** ya a few naught thoughts
Like · Reply · 1 · March 2, 2016 at 5:55am

**Scott Wheeler** **SKINDIVING**...(snorkeling)
Like · Reply · 1 · March 2, 2016 at 6:07am

**Dom D'Amato** Yes very naughty ones
Like · Reply · 1 · March 2, 2016 at 6:34am

https://www.facebook.com/TMLClub/photos/a.441698212490432.97742.168379068849349/1033637865990127/?type=3&theater

Chantel Zales





The Magic Lantern

Like This Page · December 11, 2015 ·

Thoughts?

52

Like      Comment      Share

2 shares                           Top Comments

24 Comments



Bruce Bergeron yeah that blanket needs to be straighten out and those pillows fluffed.

Like · Reply ·    3 · December 11, 2015 at 10:36am



Jacqueline Lea She needs a bigger bra. Her silicone looks like it's spilling out on the side there.

Like · Reply ·    2 · December 12, 2015 at 4:15pm



Leo Champigny What kind of dog do you have lol

Like · Reply ·    2 · December 11, 2015 at 10:04am

Steve Mach Sr. Put here under the

1/1

# EXHIBIT E

https://www.facebook.com/TMLClub/photos/a.441968212490432.97742.168379069849349/1242248255795753/?type=3&theater

Danielle Ruiz





The Magic Lantern
Like This Page · October 18, 2016 ·

SEXY SCARY SCHOOLGIRL HALLOWEEN
PARTY - Friday October 28th at The Magic
Lantern in Palmer, MA. CASH PRIZES for best
ENTERTAINER and CUSTOMER schoolgirl
costumes. Mark your calendars!

Like        Comment        Share

144                          Top Comments

27 shares                        6 Comments

The Magic Lantern Share this post and be
entered to win the 40 inch Flat Screen!
Like · Reply ·        1 · October 20, 2016 at
6:02am

YazMina Mauroza Rosaris Forkey
Like · Reply · October 24, 2016 at 6:51am

1 Reply

Mary C Breton Hickling Looks like fun ...
wish I still had the old CHS plaid lol

https://www.facebook.com/241975256139436/photos/a.242012242802804.1073741828.241975256139436/355326581174377?type=3&theater



Danielle Ruiz



**Toplessjoints**
Like This Page · October 19, 2016 ·

The Magic Lantern #tmlclub SEXY SCARY SCHOOLGIRL HALLOWEEN PARTY - Friday October 28th at The Magic Lantern in Palmer, MA. CASH PRIZES for best ENTERTAINER and CUSTOMER schoolgirl costumes. Mark your calendars! #stripclubs #specials #stripclub #nightlife #strippers #showgirl #lapdance #femalestrippers #bottles #adultentertainment #poledance #latenight #drinks #drink #entertainment #palmer — in Palmer, Massachusetts.

Like          Comment          Share

# Danielle Ruiz



# Danielle Ruiz



Toplessjoints
Like This Page · October 19, 2016

The Magic Lantern #tmlclub SEXY SCARY
SCHOOLGIRL HALLOWEEN PARTY - Friday
October 28th at The Magic Lantern in Palmer,
MA. CASH PRIZES for best ENTERTAINER
and CUSTOMER schoolgirl costumes. Mark
your calendars! #stripclubs #specials #stripclub
#nightlife #strippers #showgirl #lapdance
#femalestrippers #bottles #adultentertainment
#poledance #latenight #drinks #drink
#entertainment #palmer — in   Palmer,
Massachusetts.

Like      Comment      Share

Write a comment...

Friend Requests                        See All

Confirm Friend

# Danielle Ruiz




**The Magic Lantern**
Like This Page · October 18, 2016 ·

SEXY SCARY SCHOOLGIRL HALLOWEEN
PARTY - Friday October 28th at The Magic
Lantern in Palmer, MA. CASH PRIZES for best
ENTERTAINER and CUSTOMER schoolgirl
costumes. Mark your calendars!

| Like | Comment | Share |
|------|---------|-------|

144                                    Top Comments

27 shares                              6 Comments



**The Magic Lantern** Share this post and be
entered to win the 40 inch Flat Screen!
Like · Reply ·    1 · October 20, 2016 at
6:02am

**YazMina Mauroza** Rosaria Forkey
Like · Reply · October 24, 2016 at 6:51am
    1 Reply

**Mary C Breton Hickling** Looks like fun. ...
wish I still had the old CHS plaid lol

Write a comment...

# EXHIBIT F

https://www.facebook.com/TMLClub/photos/a.441968212490432.97742.168379069849349/1264328136921098/?type=3&theater



Jaime Longoria



**The Magic Lantern**
Like This Page · November 10, 2016 ·

Like

3

Comment

Share

# EXHIBIT G

https://www.facebook.com/TMLClub/photos/a.441968212490432.97742.168379069849349197493339193908/?type=3&theater

Jamillette Gaxiola



The Magic Lantern
Like This Page · August 11, 2015 ·

Like       Comment       Share

# EXHIBIT H

https://www.facebook.com/TMLClub/photos/a.441968212490432.97742.168379069849349/952731701414078/?type=3&theater

Jordan Carver





**The Magic Lantern**
Like This Page · June 26, 2015 ·

3

Like        Comment        Share

# Jordan Carver



# Jordan Carver



# Jordan Carver



# Jordan Carver



# EXHIBIT I

8/10/2017

https://www.facebook.com/TMLClub/photos/a.441968212490432.97742..1683790698493/6/117503619586029/?type=3&theater

29) The Magic Lantern - Posts

1/1

Julianne Klaren



**The Magic Lantern**
Like This Page · July 30, 2016 ·

Me.

8

Like        Comment        Share

Top Comments

**Shawn Weirbrick** Tuesday night should be
Twister
Night!!!!!
Like · Reply · July 31, 2016 at 6:05am



**The Magic Lantern** Like.
Like · Reply · July 31, 2016 at
7:36am

**David Hein** No loss it's a win win
Like · Reply ·    2 · July 30, 2016 at 5:29pm

**Thomas Haney** These girls not in
Like · Reply ·    1 · July 30, 2016 at 5:19pm

https://www.facebook.com/TMLClub/photos/a.441968212490432.97742.168379069849349/1573021432718432/?type=3&theater

# Julianne Klaren



**The Magic Lantern**
Like This Page · August 14, 2017 ·

Doing our best to make it a happy Monday for you all ! 😊

Like        Comment        Share

33                          Top Comments

**Michael Roescher** 😆😆😆😆 👍  1
Like · Reply · 30w

**Jason Eduardo Fernandez** Lol never saw her there lol
Like · Reply · 30w

View 1 more reply

**Jason Eduardo Fernandez** Lol ok
Like · Reply · 30w        1

# Julianne Klaran



# Julianne Klaran



# Julianne Klaran



# EXHIBIT J

Lucy Pinder



# Lucy Pinder



# Lucy Pinder



# Lucy Pinder



# Lucy Pinder



# Lucy Pinder



# EXHIBIT K



Tiffany Toth

# Tiffany Toth



# EXHIBIT L

# Ashley Hobbs



# Ashley Hobbs



# EXHIBIT M

# Amanda Cerny



# Amanda Cerny



# EXHIBIT N

# Brenda Geiger



# Brenda Geiger



# EXHIBIT O

# Denise Milani



# Denise Milani



# Denise Milani



# Denise Milani



# EXHIBIT P

# Emma Glover



# EXHIBIT Q

# Hillary Hepner



# Hillary Hepner



# EXHIBIT R

# Iesha Marie Crespo



# EXHIBIT S

# Jaclyn Swedberg



# Jaclyn Swedberg



# EXHIBIT T

# Jamie Middleton



# EXHIBIT U

# Jessica Hinton



# Jessica Hinton



# EXHIBIT V

# Jessica Burciaga



# EXHIBIT W

# Krystal Forscutt Hipwell



# Krystal Forscutt Hipwell



# Krystal Forscutt Hipwell



# Krystal Forscutt Hipwell



# EXHIBIT X

# Joanna Krupa



# EXHIBIT Y

# Lina Posada



# EXHIBIT Z

# Lyna Perez



**EXHIBIT AA**

# Melanie Iglesias



# Melanie Iglesias



# Melanie Iglesias



# Melanie Iglesias



# Melanie Iglesias



# Melanie Iglesias



# Melanie Iglesias



# Melanie Iglesias



# EXHIBIT BB

# Rosa Acosta



# EXHIBIT CC

# Rosie Wicks



# Rosie Wicks



# EXHIBIT DD

# Shelby Chesnes



# Shelby Chesnes



# Shelby Chesnes



# Shelby Chesnes



# EXHIBIT EE

# Sarah Stage

